

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,237-03

### EX PARTE DEION XAVIER JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W15-20892-V(B) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

**O R D E R**

Applicant pleaded not guilty to aggravated robbery and was sentenced to twenty-five years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Jones v. State*, No. 05-17-00013-CR (Tex. App.—Dallas Feb. 5, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The Court denied the application without written order on November 16, 2022. After reconsideration on our own motion, the Court withdraws the previous denial entered in this application and substitutes this order. TEX. R. APP. P. 79.2(d).

Applicant contends that he has new evidence of his innocence: an unsworn declaration from

complainant Jalen Tucker stating that Applicant did not have or point a firearm, Applicant did not participate in the robbery at all, Applicant was not even present at the scene, and any prior identification of Applicant was the result of misidentification. On June 27, 2022, the trial court entered an order designating issue: Whether Applicant's sole ground of actual innocence meets the requirements set forth in *Herrera v. Collins*, 506 U.S. 390 (1993), and its progeny. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: December 21, 2022
Do not publish